**FILED**
**UNITED STATES DISTRICT COURT**
**DENVER, COLORADO**
*9:12 am, Jul 31, 2026*
**JEFFREY P. COLWELL, CLERK**

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. _____

(To be supplied by the court)

Lygia Navarro
_____, Plaintiff

v.

See attached
_____,

_____,

_____,

_____, Defendant(s).

(*List each named defendant on a separate line. If you cannot fit the names of all defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Section B. Do not include addresses here.*)

---

**EMPLOYMENT DISCRIMINATION COMPLAINT**

---

**NOTICE**

Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should not contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include only: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

**<u>DEFENDANTS LIST:</u>**

Defendant 1:

THE UNIVERSITY OF COLORADO BOULDER, (via the UNIVERSITY OF COLORADO REGENTS) a body corporate;

Defendant 2:

THOMAS YULSMAN, Professor Emeritus and Former Director, CU Boulder Center for Environmental Journalism (in his official and individual capacities);

Defendant 3:

HILLARY ROSNER, Former Associate Director, CU Boulder Center for Environmental Journalism, Current Assistant Teaching Professor (in her official and individual capacities);

Defendant 4:

FLORENCE WILLIAMS, CU Boulder Center for Environmental Journalism Scripps Advisory Board Member and Ted Scripps Fellowship interview panelist (in her official and individual capacities); and

Defendant 5:

AMANDA PAULSON, CU Boulder Center for Environmental Journalism Ted Scripps Fellowship interview panelist,

Defendants

## A.    PLAINTIFF INFORMATION

*You must notify the court of any changes to your address where case-related papers may be served by filing a notice of change of address.  Failure to keep a current address on file with the court may result in dismissal of your case.*

Lygia Navarro; 281 Mutual Street, #304, Toronto, Ontario, M4Y 3C4, Canada

(Name and complete mailing address)

(647) 707-8293; lygia@lygianavarro.com

(Telephone number and e-mail address)

## B.    DEFENDANT(S) INFORMATION

*Please list the following information for each defendant listed in the caption of the complaint.  If more space is needed, use extra paper to provide the information requested.  The additional pages regarding defendants should be labeled "B.  DEFENDANT(S) INFORMATION."*

Defendant 1:    University of Colorado Board of Regents, University Counsel 1800 Grant St, Ste 800, Denver, CO 80203

(Name and complete mailing address)

(303) 860-5686

(Telephone number and e-mail address if known)

Defendant 2:    Thomas Yulsman, 7204 Timothy Place, Niwot, CO 80503

(Name and complete mailing address)

(303) 652-8875

(Telephone number and e-mail address if known)

## C.    JURISDICTION

*Identify the statutory authority that allows the court to consider your claim(s): (check all that apply)*

_____    Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. §§ 2000e, et seq. (employment discrimination on the basis of race, color, religion, sex, or national origin)

**X**    Americans with Disabilities Act, as amended, 42 U.S.C. §§ 12101, et seq. (employment discrimination on the basis of a disability)

_____    Age Discrimination in Employment Act, as amended, 29 U.S.C. §§ 621, et seq. (employment discrimination on the basis of age)

**X**    Other: (*please specify*) Colorado Anti-Discrimination Act; Section 504, Rehabilitation Act of 1973

**D.     STATEMENT OF CLAIM(S)**

*State clearly and concisely every claim that you are asserting in this action and the specific facts that support each claim.  If additional space is needed to describe any claim or to assert additional claims, use extra paper to continue that claim or to assert the additional claim(s). Please indicate that additional paper is attached and label the additional pages regarding the statement of claims as "D. STATEMENT OF CLAIMS."*

CLAIM ONE:  **Disability discrimination**

The conduct complained of in this claim involves the following: (*check all that apply*)

X   failure to hire                         X   different terms and conditions of employment

___   failure to promote              X   failure to accommodate disability

___   termination of employment     ___   retaliation

X   other: (*please specify*) ___excluded from participation in and denied benefits of services, programs, or activities of a public entity; harassment; denying instruction/training programs; excluded from participation in, denied benefits of, or subjected to discrimination under program/activity receiving Federal financial assistance___

Defendant's conduct was discriminatory because it was based on the following: (*check all that apply*)

___ race            ___ religion            ___ national origin            ___ age

___ color           ___ sex               X disability

Supporting facts:

        Plaintiff brings this action for damages as a result of Defendants' discrimination in hiring based on the Plaintiff's disabilities. As a result of Defendants' conduct, Plaintiff brings this civil action seeking damages and other relief pursuant to Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. § 20003 et seq. ("Title VII"); the Americans with Disabilities Act of 1990, as amended; the Civil Rights Act of 1871, 42 U.S.C. § 1983 ("§ 1983"); the Colorado Anti-Discrimination Act; and Section 504 of the Rehabilitation Act of 1973.

        Plaintiff timely filed a written charge of discrimination with the Equal Employment Opportunity Commission ("EEOC") and received a right-to-sue letter. All conditions precedent to the institution of this lawsuit have been fulfilled. The EEOC issued a right-to-sue letter on May 2, 2026. Plaintiff has exhausted all other available legal remedies through the EEOC's administrative process.

**See attached for continuation of Claims**

3

## E.    ADMINISTRATIVE PROCEDURES

Did you file a charge of discrimination against defendant(s) with the Equal Employment Opportunity Commission or any other federal or state agency? (*check one*)

☑ Yes (***You must attach a copy of the administrative charge to this complaint***)

☐ No

Have you received a notice of right to sue? (*check one*)

☑ Yes (***You must attach a copy of the notice of right to sue to this complaint***)

☐ No

## F.    REQUEST FOR RELIEF

*State the relief you are requesting or what you want the court to do.  If additional space is needed to identify the relief you are requesting, use extra paper to request relief.  Please indicate that additional paper is attached and label the additional pages regarding relief as "F. REQUEST FOR RELIEF."*

The Plaintiff requests compensatory damages, lost wages, legal fees, costs, pre- and post-judgment interest, equitable relief and any other and further relief allowable under the law or as this Court deems just and proper.

## G.    PLAINTIFF'S SIGNATURE

I declare under penalty of perjury that I am the plaintiff in this action, that I have read this complaint, and that the information in this complaint is true and correct.  *See* 28 U.S.C. § 1746; 18 U.S.C. § 1621.

Under Federal Rule of Civil Procedure 11, by signing below, I also certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending or modifying existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

*Lygia Navarro*
_____
(Plaintiff's signature)

July 27, 2026
_____
(Date)

(Revised December 2017)

4

EEOC No. 541-2024-03876 | FEPA No.

# CHARGE OF DISCRIMINATION

Form 5 (06/24)

This form is affected by the Privacy Act of 1974.
See attached Privacy Act Statement and other information before completing this form.

| CHARGE PRESENTED TO: | AGENCY CHARGE NO. |
|---|---|
| EEOC | 541-2024-03876 |
| Colorado Civil Rights Division | |

Name *(indicate Mr., Ms., Mrs., Miss, Dr., Hon., Rev.)*: Lygia Navarro

Phone No.:       6477078293
Year of Birth:    1978
Mailing Address: 281 Mutual Street, #304
Toronto, Ontario M4Y 3C4

Named below is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency that I believe discriminated against me or others.

Name: UNIVERSITY OF COLORADO BOULDER CENTER FOR ENVIR. JOURNALISM

No. Employees, Members: 15 - 100 Employees

Phone No.:

Mailing Address: 1511 UNIVERSITY AVE 478 UCB

BOULDER, CO 80302, UNITED STATES OF AMERICA

Name:

No. Employees, Members:

Phone No.:

Mailing Address:

DISCRIMINATION BASED ON:

Disability

DATE(S) DISCRIMINATION TOOK PLACE

Earliest:

Latest: 04/09/2024

THE PARTICULARS ARE:

On March 1, 2024, I applied for the Ted Scripps Fellowship Limited Time position. In April 2024, I was notified I was not a successful applicant. I have a disability as defined by the relevant statute.

On April 1, 2024, I was interviewed via video call by three employees of Respondent. During the interview, I mentioned I may need a disability accommodation. During the interview, one of the interviewers asked if I would have a problem attending in-person classes. When I answered no, the interviewer seemed surprised. The interviewer also asked other questions about my ability to be physically present at work.

Sometime after, I learned I was not a successful applicant. Following this, I e-mailed the program director and asked him if all interviewees were asked questions about their ability to be physically present for classes; I did not receive a response. I believe I was not selected due to my disability.

I believe I was discriminated against because of my disability in violation of the Americans with Disabilities Act (ADA) of 1990, as amended.

EEOC Form 5 (06/24)                                                    Page 1 of 3

EEOC No. 541-2024-03876 | FEPA No.

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

I declare under penalty of perjury that the above is true and correct, and that I have read each page of this form.

Digitally Signed By: Lygia Navarro
04/30/2025

Charging Party Signature & Date

If a state or local Fair Employment Practices Agency (FEPA) requires notarization, you may need to sign the charge in the presence of a notary. If so, please do so here.

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information, and belief.

Notarized Signature of Charging Party

Subscribed and sworn to before me this date:

Signature of Notary _____

Printed Name _____

EEOC Form 5 (06/24)                                                                 Page 2 of 3



**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

Denver Field Office
950 17th St, Suite 300
Denver, CO 80202
(720) 779-3610
Website: www.eeoc.gov

## DETERMINATION AND NOTICE OF RIGHTS
(This Notice replaces EEOC FORMS 161, 161-A & 161-B)

Issued On: 05/02/2026

**To:** Lygia Navarro
281 Mutual Street, 304
Toronto, Ontario M4Y 3C4

Charge No: 541-2024-03876

EEOC Representative and email:    Jordan Groeschel
Equal Opportunity Investigator
Jordan.Groeschel@EEOC.gov

### DETERMINATION AND NOTICE OF RIGHTS

The EEOC issues the following determination: The EEOC will not proceed further with its investigation and makes no determination about whether further investigation would establish violations of the statute. This does not mean the claims have no merit. This determination does not certify that the respondent is in compliance with the statutes. The EEOC makes no finding as to the merits of any other issues that might be construed as having been raised by this charge.

### NOTICE OF YOUR RIGHT TO SUE

This is official notice that the EEOC has dismissed your charge and has issued you notice of your right to sue the respondent(s) on this charge. If you choose to file a lawsuit against the respondent(s) on this charge under federal law in federal or state court, **your lawsuit must be filed WITHIN 90 DAYS of your receipt of EEOC's official notice of dismissal.** You should keep a record of the date you received the EEOC's official notice of dismissal. Your right to sue based on this charge will be lost if you do not file a lawsuit in court within 90 days. (The time limit for filing a lawsuit based on a claim under state law may be different.)

If you file a lawsuit based on this charge, please sign-in to the EEOC Public Portal and upload the court complaint to charge 541-2024-03876.

On behalf of the Commission,

April Klug, Area Director  Digitally signed by April Klug, Area Director
Date: 2026.05.02 17:40:09 -06'00'    for:

Sherrie Hayashi
Director



**Lygia Navarro <lygia@lygianavarro.com>**

---

## urgent inquiry about investigation (EEOC charge # 541-2024-03876)

---

**CCRD Investigations** <dora_ccrdinvestigations@state.co.us>        Tue, Jul 21, 2026 at 12:20 PM
To: Lygia Navarro <lygia@lygianavarro.com>

Hello,

Thank you for your email.

If a case is directly filed with the EEOC and is not exclusive to the EEOC, it is considered dual-filed with the Colorado Civil Rights Division (CCRD). However, the EEOC will be the investigating agency. Consequently, the CCRD will not possess case files or documents related to these cases.

When the EEOC closes a dual-filed case, it is also considered closed with our office.

I hope this clarifies our process.

Kind regards,
CCRD Team

**Colorado Civil Rights Division**



P: 303-894-2997| F: 303-894-7830
1560 Broadway, Suite 825, Denver, CO 80202

dora_ccrd@state.co.us | https://ccrd.colorado.gov/

  

CONFIDENTIALITY NOTICE: This message is intended only for the use of the individual to whom it is addressed and may contain information that is privileged, confidential, and exempt from disclosure under applicable law. If you are not an intended recipient, you are not authorized to disseminate, distribute or copy this e-mail. Please notify the sender immediately if you have received this e-mail by mistake and delete this e-mail and any attachments from your system.

On Mon, Jul 20, 2026 at 3:05 PM Lygia Navarro <lygia@lygianavarro.com> wrote:
> Hello,
>
> I filed a disability discrimination charge with the EEOC on January 31, 2025, with the EEOC charge # 541-2024-03876.
>
> The EEOC reported to me on April 30, 2025, that this charge was also filed with the CCRD. (I've attached a PDF of

that charge document stating that it was filed with the CCRD.)

I have never heard anything from the CCRD about an investigation, and it has been 535 days since I filed my EEOC charge, and 446 days since I received the attached EEOC document stating that the charge was also filed with the CCRD.

I am writing to inquire about the investigation into my charge.

I received a right-to-sue letter from the EEOC, and my deadline for filing is July 31, 2026. Therefore, I request an urgent response about my charge under CADA with the CCRD.

Thank you,
Lygia Navarro


Lygia Navarro (she/ella)
Independent journalist / Periodista independiente
email: lygia@lygianavarro.com
phone/Signal/Whatsapp: +1 (647) 707-8293
socials: @LygiaNavarro
website: lygianavarro.com
Contributing writer at The Sick Times
Contributing writer at the Disabled Journalists Association

B. DEFENDANT(S) INFORMATION, cont.

Defendant 3:

Hillary Rosner, 439 17th St, Boulder, CO 80302

(315) 449-0174; mail@hillaryr.net

Defendant 4:

Florence Williams, 715 Madison St, Denver, CO 80206

(202) 506-1299; willflo@earthlink.net

Defendant 5:

Amanda Paulson, 1901 Bluebell Ave, Boulder, CO 80302

(773) 525-3469; paulsona@sbcglobal.net