IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 26-cv-03482-RTG

LYGIA NAVARRO,

Plaintiff,

v.

THE UNIVERSITY OF COLORADO BOULDER (via the UNIVERSITY OF COLORADO REGENTS) a body corporate,
THOMAS YULSMAN,
HILLARY ROSNER,
FLORENCE WILLIAMS, and
AMANDA PAULSON,

Defendants.

---

**ORDER DRAWING CASE**

---

After review under D.C.COLO.LCivR 8.1(a), the Court has determined that this case does not appear to be appropriate for summary dismissal. Therefore, the case will be drawn to a presiding judge and, if applicable, to a magistrate judge. *See* D.C.COLO.LCivR 8.1(c). Accordingly, it is

ORDERED that that this case shall be DRAWN to a presiding judge and, if applicable, to a magistrate judge.

DATED July 31, 2026.

BY THE COURT:

Richard T. Gurley
United States Magistrate Judge